PATTERSON, JODY
CDC NUMBER: E-88649
BPT PSYCHOLOGICAL EVALUATION
PAGE FIVE

*REMORSE*

consequently shooting at his boss with whom he had previously been arguing. This inmate seemed genuinely penitent for his crime and demonstrated good insight into the damage done to the victim and insight into his aggressive behavior.

XIV. ASSESSMENT OF DANGEROUSNESS:

A. His violence potential within a controlled setting is considered to be significantly below average relative to this Level II inmate population. This conclusion is based upon several factors.

On the one hand, he received a conviction for reckless driving when he was 16, and was also convicted as an adult for driving with a suspended license. At CDC, he received a CDC-115 for gambling in 1992, and he has received two CDC-128s, the last received in 1996.

On the other hand, however, he has no apparent gang associations. His juvenile criminal history and adult preincarceration criminal histories are minimal. Moreover, he is a first termer. He has not received a significant disciplinary in eight years and he has never received a disciplinary for violent behavior during his nine years of incarceration within CDC. He appears to have both matured during his incarceration and to have profited from his participation in self-help programs. No significant psychopathy was observed during the clinical interview.

Therefore, in light of these factors, his violence potential is considered to be significantly below average relative to this Level II inmate population.

B. If released to the community, his violence potential is considered to be no more than the average citizen in the community.

C. Substance abuse is a risk factor which may be a precursor to violence for this individual.

PATTERSON        E-88649        CTF-NORTH        09/26/00        gmj

PATTERSON, JODY
CDC NUMBER:  E-88649
BPT PSYCHOLOGICAL EVALUATION
PAGE SIX

XV. CLINICIAN OBSERVATIONS/COMMENTS/RECOMMENDATIONS:

   A. This inmate is competent and responsible for his behavior. He has the capacity to abide by institutional standards.

   B. This inmate does not have a mental health disorder which would necessitate treatment either during his incarceration period or upon parole.

   C. This inmate does appear to have a drug abuse problem and continued participation in Narcotics Anonymous is suggested both during his incarceration within CDC and as a contingency for parole.

*Joe Reed*

JOE REED, Ph.D.
Staff Psychologist
Correctional Training Facility, Soledad

---

*B. Bakencorth D., for*

R. S. COATE, Psy.D.
Senior Supervising Clinical Psychologist
Correctional Training Facility, Soledad

JR/gmj

D: 09/18/00
T: 09/26/00


PATTERSON        E-88649        CTF-NORTH        09/26/00        gmj

# EXHIBIT "G"

BOARD OF PRISON TERMS                                                                STATE OF CALIFORNIA
# LIFE PRISONER DECISION FACE SHEET

## PERIOD OF CONFINEMENT
*(RECORDS OFFICER USE ONLY)*

|  | YR | MO | D/ |
|---|---|---|---|
| Adjusted Period of Confinement | | | |
| Date Life Term Begins | ± 91 | 3 | 14 |
| At Large Time | ± | | |
| PAROLE DATE | = | | |

## MISCELLANEOUS

*Parole denied two years*

Panel recommendations and requests:
- ✓ Become _____ Remain disciplinary free.
- ✓ Work towards reducing his/her custody level.
- ✓ Upgrade ✓ vocationally ✓ educationally. *(available)*
- ✓ Participate in ✓ self-help (and) _____ therapy.
- _____ Transfer to _____ Cat. X _____ Cat. T.

---

PENAL CODE SECTION 3042 NOTICES    ☒ SENT    (Date) AUGUST 21, 1995

### COMMITMENT OFFENSE

| P.C. 187 | MURDER 2ND |
|---|---|
| (Code Section) | (Title) |
| C79650 | 01 |
| (Case Number) | (Count Number) |

| Date Received by CDC | Date Life Term Begins | Controlling MEPD |
|---|---|---|
| 3-14-91 | 3-14-91 | 8-26-96 |

| Type of Hearing | If Subsequent Hearing, Date of Last Hearing |
|---|---|
| ☒ INITIAL  ☐ SUBSEQUENT (Hearing No.) _____ | NONE |

Department Representative

| Counsel for Prisoner | Address |
|---|---|
| DAVID SPOWART | |
| District Attorney Representative | County |
| | ORANGE |

## PAROLE HEARING CALENDAR

*This form and the panel's statement at the conclusion of the hearing constitute a* **proposed** *decision and order of the Board of Prison Terms. The decision becomes effective when issued following the decision review process.*

By:

Presiding (Name) *Carol J. Bentley*    Date 10/17/95
Concurring (Name) *[signature]*    Date 10/17/95
Concurring (Name) *[signature]*    Date 10/17/95

| NAME | CDC NUMBER | INSTITUTION | CALENDAR | HEARING DATE |
|---|---|---|---|---|
| PATTERSON, JODY | E88649 | CTF SOLEDAD | JULY 95 | 10/17/95 |

BPT 1001 (REV. 1/91)                                                PERMANENT A

161

BOARD OF PRISON TERMS      STATE OF CALIFORNIA
LIFE PRISONER: PAROLE CONSIDERATION
PROPOSED DECISION (BPT §2041)

C-FILE

I. [✓] PAROLE DENIED *two years*

If this proposed decision denying parole is approved, the Board will send you a copy of the approved decision, including the reasons for denial of parole, within 30 days of the hearing.

II. [ ] PAROLE GRANTED

   A. Base Period of Confinement . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____ Months

      Case No. _____   Count No. _____   Offense _____

   B. Firearm Enhancement . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . + _____ Months

   C. Other Crimes Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . + _____ Months

      Case No. _____   Count No. _____   Offense _____   _____ mos.

      Case No. _____   Count No. _____   Offense _____   _____ mos.

      Case No. _____   Count No. _____   Offense _____   _____ mos.

   D. Total Term . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . = _____ Months

   E. Postconviction Credit From _____ (Date) To _____ (Date) − _____ Months

   F. Total Period of Confinement . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . = _____ Months

The period of confinement indicated is a tentative decision proposed by this panel. The decision will be reviewed pursuant to BPT §2041, and, if approved, a copy of the approved decision will be sent to you within 30 days. At that time appropriate pre-prison credits will be applied and a parole release date computed.

You will not engage in any conduct specified in BPT §2451. Such conduct may result in rescission or postponement of your parole date.

III. If the proposed decision denying or granting parole is disapproved, you will receive a copy of the proposed decision and the reasons for disapproval. You will then receive a copy of the modified decision or will be scheduled for a new hearing, as appropriate.

PANEL HEARING CASE

Name: *Carol J. Bentley*   Date: 10/17/95
Name: _____   Date: 10/17/95
Name: _____   Date: 10/17/95

NAME: PATTERSON, JODY   CDC NUMBER: E88649   INSTITUTION: CTF SOLEDAD   HEARING DATE: 10/17/95

BPT 1005 (Rev. 8/1/81)

Distribution: White—C. F.
Canary—B
Pink—Prisoner

162

BOARD OF PRISON TERMS　　　　　　　　　　　　　　　　　　　　　STATE OF CALIFORNIA
# LIFE PRISONER DECISION FACE SHEET

## PERIOD OF CONFINEMENT
*(RECORDS OFFICER USE ONLY)*

|  | YR | MO | DA |
|---|---|---|---|
| Adjusted Period of Confinement | | | |
| Date Life Term Begins | 91 | 3 | 14 |
| At Large Time | | | |
| PAROLE DATE | | | |

## MISCELLANEOUS

1 YR DENIAL
(STIPULATED)

Panel recommendations and requests:
___ Become  ✓ Remain disciplinary free.
___ Work towards reducing his/her custody level.
✓ Upgrade  ✓ vocationally ___ educationally.
✓ Participate in ✓ self-help (and) ___ therapy.
___ Transfer to ___ Cat. X ___ Cat. T.

PENAL CODE SECTION 3042 NOTICES  ☒ SENT  (Date) 8/11/97

**COMMITMENT OFFENSE**

PC 664/187 (Code Section)　　　　　ATT MURDER 1ST (Title)

C-79650 (Case Number)　　　　　01 (Count Number)

| Date Received by CDC | Date Life Term Begins | Controlling MEPD |
|---|---|---|
| 3/14/91 | SAME | 8/26/96 |

Type of Hearing
☐ INITIAL  ☒ SUBSEQUENT (Hearing No.) 1

If Subsequent Hearing, Date of Last Hearing
10/17/95

Department Representative

Counsel for Prisoner: MARCIA HURST　　Address:

District Attorney Representative:　　County: ORANGE

## PAROLE HEARING CALENDAR

*This form and the panel's statement at the conclusion of the hearing constitute a proposed decision and order of the Board of Prison Terms. The decision becomes effective when issued following the decision review process.*

By:
Presiding (Name) [signature]　　Date 9/__/__
Concurring (Name) [signature]　　Date 9/24/97
Concurring (Name) [signature]　　Date __/__/97

| NAME | CDC NUMBER | INSTITUTION | CALENDAR | HEARING DATE |
|---|---|---|---|---|
| PATTERSON, JODY | E-88649 | CTF SOLEDAD | 10/97 | 9/24/97 |

BPT 1001 (REV. 1/91)　　　　　PERMANENT ADDENDA

163

BOARD OF PRISON TERMS                                                                STATE OF CALIFORNIA
LIFE PRISONER HEARING – EXTRAORDINARY ACTION AND DECISION                            BPT 1001A (Rev. 10/89)

☐ I certify to the best of my knowledge and information, the foregoing reasons as stated by the prisoner are accurate, and that the prisoner was capable of making a knowledgeable decision regarding his/her hearing.

The following information is submitted for the Board's consideration in making their decision:

_____

_____

_____

| C&PR Signature | Date |
|---|---|
|  |  |

### FOR BOARD OF PRISON TERMS USE ONLY

## DECISION / ORDER

### WAIVER OF RIGHT TO ATTEND HEARING

1. ☐ Request is denied.
   ☐ Request is granted. Hearing will be conducted in absence of prisoner.

### POSTPONEMENT

2. ☐ Request is denied.
   ☐ Request is granted. Grant based on a finding of good cause. Place on _____ calendar.

### WAIVER OF HEARING AND STIPULATION TO UNSUITABILITY

3. ☐ Request is denied.
   ☒ Request is granted. The Board agrees to enter into the stipulation, on a finding of good cause, offered by the prisoner on the waiver of his/her Life Parole Consideration Hearing and orders a:
   ☒ One-year denial   ☐ Two-year denial*   ☐ Three-year denial**

   * The Board must find it unreasonable to expect that the prisoner would be eligible for parole during the second, or second and third year, and the Board must state the reasons for its finding.
   ** In addition to the above (*), the prisoner must have been convicted of more than one offense which involves the taking of a life.

(The basis of the finding of good cause for postponement or multiple-year denial must be stated below.)
   ☒ Good cause based on the reasons given by the prisoner.

Other comments (if applicable):

_____

_____

Signature of BPT Commissioners
1. [signature]                                                                 Date 9-24-97
2. [signature]                                                                 Date 9-24-97

BPT Action Taken At:   ☐ BPT Headquarters   ☒ Institution

| NAME | CDC NUMBER | INSTITUTION | CALENDAR | DATE |
|---|---|---|---|---|
| PATTERSON, JODY | E88649 | CTF | 10/97 | 9/24/97 |

164

BOARD OF PRISON TERMS  
LIFE PRISONER HEARING – EXTRAORDINARY ACTION AND DECISION

STATE OF CALIFORNIA  
BPT 1001A (Rev. 10/89)

**ACTION TYPE** (select one): ☐ Waiver of Appearance ☐ Request for Postponement ☒ Waiver of Parole Consideration Hearing – Stipulation of Unsuitability

**HEARING TYPE** (select one): ☐ Parole Consideration ☐ Progress ☐ Rescission    Hearing Date: 9-24-97

## WAIVER OF RIGHT TO ATTEND HEARING

I understand that I am scheduled for the Board of Prison Terms hearing indicated above.

☐ I do not wish to attend my Board hearing and do not wish to be represented at the hearing. The hearing will be held in my absence.

☐ I do not personally wish to attend my hearing but I do wish to be represented by counsel at the hearing.

☐ I will employ counsel to represent me at the hearing.

☐ I cannot afford counsel and wish counsel appointed to represent me.

## POSTPONEMENT

I understand that I am scheduled for the Board of Prison Terms hearing indicated above.

☐ I hereby request that the hearing indicated above be Postponed to _____.

The reasons for my request for a postponement are stated below.

## WAIVER OF HEARING AND STIPULATION TO UNSUITABILITY

I understand that I am scheduled for the Board of Prison Terms hearing indicated above.

☐ I waive my right to a parole consideration hearing and I waive the right to have an attorney represent me at a hearing in my absence. I find that I am unsuitable for parole based on my reasons given on this form and therefore request that you find me unsuitable.

☒ One-year Denial    ☐ Two-year Denial    ☐ Three-year Denial

**PRISONER'S REASON(S) FOR REQUEST:**  
(For Example: Psychiatric Evaluation Not Supportive, Programming Inadequate, Cat X Incomplete, etc.)

Needs additional time to participate in one on one therapy and to become involved in the We Care program.

Signature of Prisoner: *Cody Patterson*    Date: 9/24/9  
Signature of Attorney (if applicable): *Marcia A. Hurst*    Date: 9/24/97  
Signature and Title of Witness (CDC): _____    Date: _____

NAME    JC NUMBER    INSTITUTION    CALENDAR    DATE

165

BOARD OF PRISON TERMS — STATE OF CALIFORNIA
# LIFE PRISONER DECISION FACE SHEET

## PERIOD OF CONFINEMENT
(RECORDS OFFICER USE ONLY)

|  | YR | MO | DAY |
|---|---|---|---|
| Adjusted Period of Confinement | | | |
| Date Life Term Begins | 91 | 03 | 14 |
| At Large Time | | | |
| PAROLE DATE | | | |

## MISCELLANEOUS

Denied 4 years.

Panel recommendations and requests:
___ Become ✓ Remain disciplinary free.
___ Work towards reducing his/her custody level.
___ Upgrade ___ vocationally ___ educationally.
✓ Participate in ✓ self-help (and) ✓ therapy.
___ Transfer to ___ Cat. X ___ Cat. T.

PENAL CODE SECTION 3042 NOTICES  ☑ SENT  (Date) 10/15/98

## COMMITMENT OFFENSE

PC 664/187 — Attempted Murder 1st
(Code Section) (Title)

C79650 — 01
(Case Number) (Count Number)

| Date Received by CDC | Date Life Term Begins | | Date of Last Hearing |
|---|---|---|---|
| 05/31/83 | SAME RA-248L | | |

Type of Hearing
☐ INITIAL  ☑ SUBSEQUENT (Hearing No.)

Department Representative:

Counsel for Prisoner: JEFF CHAMPLIN    Address:

District Attorney Representative: DAVE BRENT    County: ORANGE

## PAROLE HEARING CALENDAR

This form and the panel's statement at the conclusion of the hearing constitute a *proposed* decision and order of the Board of Prison Terms. The decision becomes effective when issued following the decision review process.

By:
Presiding (Name): [signature]  Date 12/2/98
Concurring (Name): Thomas Webb  Date 12/2/98
Concurring (Name): D. Shelton  Date

| NAME | CDC NUMBER | INSTITUTION | CALENDAR | HEARING DATE |
|---|---|---|---|---|
| PATTERSON, JODY | E-88649 | CTF SOLEDAD | 10/98 | 12/02/98 |

BPT 1001 (REV. 1/91)    PERMANENT ADDENDUM

166

BOARD OF PRISON TERMS                                                      STATE OF CALIFORNIA
LIFE PRISONER: PAROLE CONSIDERATION
PROPOSED DECISION (BPT §2041)

I.  [✓] PAROLE DENIED  4 years.

If this proposed decision denying parole is approved, the Board will send you a copy of the approved decision, including the reasons for denial of parole, within 30 days of the hearing.

II. [ ] PAROLE GRANTED

A. Base Period of Confinement ............................................ _____ Months

   Case No. _____   Count No. _____   Offense _____

B. Firearm Enhancement ................................................. + _____ Months

C. Other Crimes Total ................................................... + _____ Months

   Case No. _____   Count No. _____   Offense _____   _____ mos.

   Case No. _____   Count No. _____   Offense _____   _____ mos.

   Case No. _____   Count No. _____   Offense _____   _____ mos.

D. Total Term ......................................................... = _____ Months

E. Postconviction Credit From _____ To _____ − _____ Months
                              (Date)      (Date)

F. Total Period of Confinement ......................................... = _____ Months

The period of confinement indicated is a tentative decision proposed by this panel. The decision will be reviewed pursuant to BPT §2041, and, if approved, a copy of the approved decision will be sent to you within 30 days. At that time appropriate pre-prison credits will be applied and a parole release date computed.

You will not engage in any conduct specified in BPT §2451. Such conduct may result in rescission or postponement of your parole date.

III. If the proposed decision denying or granting parole is disapproved, you will receive a copy of the proposed decision and the reasons for disapproval. You will then receive a copy of the modified decision or will be scheduled for a new hearing, as appropriate.

PANEL HEARING CASE

Name _____   Date 12/2/98
Name _____   Date 12/2/98
Name _____   Date 12/2/98

| NAME | CDC NUMBER | INSTITUTION | HEARING DATE |
|---|---|---|---|
| PATTERSON, JODY | E-88649 | CTF | 12/2/98 |

Distribution: White—C. Fi
              Canary—BF
              Pink—Prison

BPT 1005 (Rev. 8/1/81)

BOARD OF PRISON TERMS  STATE OF CALIFORNIA
LIFE PRISONER DECISION FACE SHEET

## PERIOD OF CONFINEMENT
*(RECORDS OFFICER USE ONLY)*

|  | YR | MO | DAY |
|---|---|---|---|
| Adjusted Period of Confinement | +91 | 03 | 14 |
| Date Life Term Begins | + | | |
| At Large Time | | | |
| PAROLE DATE | = | | |

## MISCELLANEOUS

*Denied Two (2) years*

Panel recommendations and requests:
- ___ Become  ✓ Remain disciplinary free.
- ___ Work towards reducing his/her custody level.
- ___ Upgrade ___ vocationally ___ educationally
- ✓ Participate in ✓ self-help (and) ✓ therapy.
- ___ Transfer to ___ Cat. X ___ Cat. T.

PENAL CODE SECTION 3042 NOTICES ☒ SENT   (Date) 12-08-00

## COMMITMENT OFFENSE

| 664/187 | ATT. MURDER 1ST |
|---|---|
| (Code Section) | (Title) |
| C79650 | 01 |
| (Case Number) | (Count Number) |

| Date Received by CDC | Date Life Term Begins | Controlling MEPD |
|---|---|---|
| C79650 | 03-14-91 | 08-26-96 |

| Type of Hearing | If Subsequent Hearing, Date of Last Hearing |
|---|---|
| ☐ INITIAL  ☒ SUBSEQUENT (Hearing No.) #3 | 12-02-98 |

Department Representative
JOY KELLAM TYLER, C & PR

| Counsel for Prisoner | Address |
|---|---|
| GARY DIAMOND | |
| District Attorney Representative | County |
| CLAUDIA SILBAR | ORANGE |

## PAROLE HEARING CALENDAR

*This form and the panel's statement at the conclusion of the hearing constitute a proposed decision and order of the Board of Prison Terms. The decision becomes effective when issued following the decision review process.*

By:
Presiding (Name) Bordonaro   Date 1-23-01
Concurring (Name) [signature]   Date 1-23-01
Concurring (Name) [signature]   Date 1-23-01

| NAME | CDC NUMBER | INSTITUTION | CALENDAR | HEARING DATE |
|---|---|---|---|---|
| PATTERSON, JODY D. | E-88649 | CTF | 12-00 | 01-23-01 |

BPT 1001 (Rev. 1/91)

168

BOARD OF PRISON TERMS            STATE OF CALIFORNIA

LIFE PRISONER: PAROLE CONSIDERATION
PROPOSED DECISION (BPT §2041)

I. [✓] PAROLE DENIED    _2 yrs_ (TWO)

    If this proposed decision denying parole is approved, the Board will send you a copy of the approved decision, including the reasons for denial of parole, within 30 days of the hearing.

II. [ ] PAROLE GRANTED

    A. Base Period of Confinement .......................................................... _____ Months

          Case No.      Count No.      Offense

    B. Firearm Enhancement............................................................+ _____ Months

    C. Other Crimes Total ..............................................................+ _____ Months

          Case No.      Count No.      Offense            _____ mos.

          Case No.      Count No.      Offense            _____ mos.

          Case No.      Count No.      Offense            _____ mos.

    D. Total Term ....................................................................= _____ Months

    E. Postconviction Credit From _____ To _____ — _____ Months
                                (Date)         (Date)

    F. Total Period of Confinement..................................................= _____ Months

The period of confinement indicated is a tentative decision proposed by this panel. The decision will be reviewed pursuant to BPT §2041, and, if approved, a copy of the approved decision will be sent to you within 30 days. At that time appropriate pre-prison credits will be applied and a parole release date computed.

You will not engage in any conduct specified in BPT §2451. Such conduct may result in rescission or postponement of your parole date.

III. If the proposed decision denying or granting parole is disapproved, you will receive a copy of the proposed decision and the reasons for disapproval. You will then receive a copy of the modified decision or will be scheduled for a new hearing, as appropriate.

PANEL HEARING CASE

| Name | Date |
|---|---|
| _Bordonaro_ | |
| Name | Date |
| _Weaver_ | 1/23/01 |
| Name | Date |
| _[signature]_ | 1/23/01 |

| NAME | CDC NUMBER | INSTITUTION | HEARING DATE |
|---|---|---|---|
| PATTERSON, JODY | E88649 | CTF | 1/23/01 |

Distribution: White—C. File
              Canary—BPT

169

BOARD OF PRISON TERMS                                      STATE OF CALIFORNIA
LIFE PRISONER DECISION FACE SHEET

### PERIOD OF CONFINEMENT
(RECORDS OFFICER USE ONLY)

| | YR | MO | DAY |
|---|---|---|---|
| Adjusted Period of Confinement.. | | | |
| Date Life Term Begins .... | 1991 | 03 | 14 |
| At Large Time...... | + | | |
| PAROLE DATE | = | | |

### MISCELLANEOUS

BPT
Postponed
Parole denied one (1) year
(Stipulation)
Request a new psy report

Panel recommendations and requests:
✓ Become ✓ Remain disciplinary free.
___ Work towards reducing his/her custody level.
✓ Upgrade ✓ vocationally ___ educationally
✓ Participate in ✓ self-help (and) ___ therapy.
___ Transfer to ___ Cat. X ___ Cat. T.

PENAL CODE SECTION 3042 NOTICES ☒ SENT (Date) 11-27-2002

### COMMITMENT OFFENSE

| 664/187(A) | ATTEMPTED MURDER 1ST |
|---|---|
| (Code Section) | (Title) |
| C79650 | 01 |
| (Case Number) | (Count Number) |

| Date Received by CDC | Date Life Term Begins | Controlling MEPD |
|---|---|---|
| 3-14-1991 | 03-14-91 | 8-26-1996 |

| Type of Hearing | | If Subsequent Hearing, Date of Last Hearing |
|---|---|---|
| ☐ INITIAL | ☒ SUBSEQUENT (Hearing No.) #4 | 01-23-01 |

Department Representative
D.S. LEVORSE, C&PR

| Counsel for Prisoner | Address |
|---|---|
| BILL SCHMIDT | |

| District Attorney Representative | County |
|---|---|
| | ORANGE |

### PAROLE HEARING CALENDAR

This form and the panel's statement at the conclusion of the hearing constitute a proposed decision and order of the Board of Prison Terms. The decision becomes effective when issued following the decision review process.

| By: | | Date |
|---|---|---|
| Presiding (Name) | B. Welch | |
| Concurring (Name) | R.t.Han | 2-22-03 |
| Concurring (Name) | | |

| NAME | CDC NUMBER | INSTITUTION | CALENDAR | HEARING DATE |
|---|---|---|---|---|
| PATTERSON, JODY | E88649 | CTF | JANUARY 2003 | 01-22-03 |

BPT 1001 (Rev. 1/91)

170