# ORIGINAL



Jody Dion Patterson
Correctional Training Facility
P.O. Box 689, GW-252L
Soledad, CA. 93960-0689
In Pro Per

#E-88649

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jody D. Patterson,

    Plaintiff,

vs.

Ben Curry, Warden (A), et Al.,

    Defendant.(s)

CASE NO. CV 07 5579 RMW

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

(PR)

I, Jody Dion Patterson, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed?    Yes ___ No XX

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: $0.00    Net: $0.00

Employer: Not Applicable
_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

1  and wages per month which you received. (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)
3  Raymond Interiors, Orange CA.
4  
5  
6  2.  Have you received, within the past twelve (12) months, any money from any of the following
7  sources:
8    a.  Business, Profession or              Yes ___ No xx
9        self employment
10   b.  Income from stocks, bonds,           Yes ___ No XX
11       or royalties?
12   c.  Rent payments?                       Yes ___ No XX
13   d.  Pensions, annuities, or              Yes ___ No XX
14       life insurance payments?
15   e.  Federal or State welfare payments,   Yes ___ No XX
16       Social Security or other govern-
17       ment source?
18 If the answer is "yes" to any of the above, describe each source of money and state the amount
19 received from each.
20   Not Applicable
21  
22 3.  Are you married?                       Yes ___ No XX
23 Spouse's Full Name: Not Applicable
24 Spouse's Place of Employment: Not Applicable
25 Spouse's Monthly Salary, Wages or Income:
26 Gross $ Not Applicable            Net $ Not Applicable
27 4.  a.  List amount you contribute to your spouse's support:$ 0.00
28     b.  List the persons other than your spouse who are dependent upon you for support

and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

__Not Applicable__

5. Do you own or are you buying a home?    Yes ____ No _XX_

Estimated Market Value: $ __0.00__    Amount of Mortgage: $ __0.00__

6. Do you own an automobile?    Yes ____ No _XX_

Make __Not Applicable__   Year __Not Applicable__  Model __Not Applicable__

Is it financed? Yes ____ No _XX_  If so, Total due: $ __0.00__

Monthly Payment: $ __0.00__

7. Do you have a bank account? Yes ____ No _XX_ (Do not include account numbers.)

Name(s) and address(es) of bank: __Not Applicable__

Present balance(s): $ __0.00__

Do you own any cash? Yes ____ No _XX_ Amount: $ __0.00__

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)   Yes ____ No _XX_

__Not Applicable__

8. What are your monthly expenses?

Rent: $ __0.00__    Utilities: __$0.00__

Food: $ __0.00__    Clothing: __$0.00__

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| Not Applicable | $ 0.00 | $ 0.00 |
| "           " | $  "   | $  "   |
| "           " | $  "   | $  "   |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

1. Not Applicable
2. 

3. 10. Does the complaint which you are seeking to file raise claims that have been presented in
4. other lawsuits? Yes ___ No XX
5. Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which
6. they were filed.
7. Not Applicable
8. 

9. I consent to prison officials withdrawing from my trust account and paying to the court the
10. initial partial filing fee and all installment payments required by the court.
11. I declare under the penalty of perjury that the foregoing is true and correct and understand
12. that a false statement herein may result in the dismissal of my claims.
13. 
14. 10-25-07                              *Jody Patterson* (signature)
15.      DATE                                  SIGNATURE OF APPLICANT
                                             Jody Dion Patterson
16.                                          In Pro Per

```
1  Jody Dion Patterson
   Correctional Training Facility
2  P.O. Box 689, GW-252L                    Case Number: _____
   Soledad, CA. 93960-0689
3  #E-88649

4  In Pro Per

5

6

7

8

9                      CERTIFICATE OF FUNDS

10                              IN

11                      PRISONER'S ACCOUNT

12

13         I certify that attached hereto is a true and correct copy of the prisoner's trust account

14  statement showing transactions of  PATTERSON E88649 for the last six months

15  at                  ING FACILITY
          BOX 600
16        SOLEDAD, CA  93960                [prisoner name]
          ATTN: TRUST OFFICE                _____ where (s)he is confined.
17

18                  [name of institution]

19         I further certify that the average deposits each month to this prisoner's account for the

20  most recent 6-month period were $ ___∅___ and the average balance in the prisoner's

21  account each month for the most recent 6-month period was $ __.07¢__.

22

23  Dated: 10-26-07              Brenda Nation, Acct Technician
                                    _____
24                                  [Authorized officer of the institution]

25
                                    TRUST
26                                  ACCOUNT MAINTAINED
                                    10-26-07
27         TRAINING FACILITY        CALIFORNIA DEPARTMENT OF CORRECTIONS
                                    BY Brenda Nation
28         SOLEDAD, CA  93960          TRUST OFFICE
           ATTN: TRUST OFFICE       Account Technician
```

-5-

```
                                                            00001000
                                              PAGE NO:         1

              CALIFORNIA DEPARTMENT OF CORRECTIONS
                   CTF SOLEDAD/TRUST ACCOUNTING
                   INMATE TRUST ACCOUNTING SYSTEM
                   INMATE TRUST ACCOUNT STATEMENT


              FOR THE PERIOD: MAY  27, 2007 THRU OCT. 26, 2007

ACCOUNT NUMBER : E88649              BED/CELL NUMBER: CFGWT2000000252L
ACCOUNT NAME   : PATTERSON, JODY DION       ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                        TRUST ACCOUNT ACTIVITY
    TRAN
DATE CODE  DESCRIPTION   COMMENT    CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE
----- ---- -------------- ---------- --------- ----------- ----------- -----------

05/27/2007   BEGINNING BALANCE                                              0.40

06/21 W515 COPY CHARGE    3929 COPY                            0.40         0.00


                        CURRENT HOLDS IN EFFECT
   DATE     HOLD
  PLACED    CODE         DESCRIPTION           COMMENT      HOLD AMOUNT
----------  ----  ------------------------  -----------  -----------
12/01/2006  H110  COPIES HOLD               1596 MCOPY          0.40
06/21/2007  H110  COPIES HOLD               3929 COPY           7.10
07/13/2007  H110  COPIES HOLD               0169 MCOPY          0.50

                         TRUST ACCOUNT SUMMARY

 BEGINNING      TOTAL       TOTAL       CURRENT      HOLDS      TRANSACTIONS
  BALANCE     DEPOSITS   WITHDRAWALS    BALANCE     BALANCE     TO BE POSTED
------------ ------------ ------------ ------------ ----------- ---------------
    0.40         0.00         0.40        0.00        8.00           0.00


                                              CURRENT
                                             AVAILABLE
                                              BALANCE
                                            -----------
                                                8.00-
```

P.O. BOX 686
SOLEDAD, CA  93960
ATTN: TRUST OFFICE

10-26-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY Brenda Oatier
TRUST OFFICE
Account Technician

STATE OF CALIFORNIA                                              DEPARTMENT OF CORRECTIONS
CDC - 193 (1/88)

# TRUST ACCOUNT WITHDRAWAL ORDER

Date 10-25 20 07

To: Warden            (Approved)  CCI C. Elliott

I hereby request that my Trust Account be charged $ _____ for the purpose stated below and authorize the withdrawal of that sum from my account:

E-88649
NUMBER

*Jody Patterson*
NAME (Signature please, DO NOT PRINT)

State below the PURPOSE for which withdrawal is requested (do not use this form for Canteen or Hobby purchase).

PURPOSE $5.00 Filing Fee Check to be forwarded to Namee at Right →

PRINT PLAINLY BELOW name and address of person to whom check is to be mailed.

NAME United States District Court for the Northern District
ADDRESS U.S. Courthouse
450 Golden Gate Ave.
San Francisco, CA 94102-3483

Jody D. Patterson
PRINT YOUR FULL NAME HERE