*E-FILED - 4/17/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JODY D. PATTERSON,<br><br>        Petitioner,<br><br>    v.<br><br>BEN CURRY, Warden,<br><br>        Respondent. | C 07-5579 RMW<br><br>[XXXXXXXXXX ORDER]<br><br>Judge: The Honorable Ronald M. Whyte |

Good cause appearing, Respondent's request for a forty-five day extension of time, through and including May 26, 2008, IS GRANTED. If Petitioner wishes to respond to an answer, he shall do so by filing a traverse with the court and serving it on Respondent within **thirty days** of his receipt of the answer. If Petitioner wishes to respond to a motion to dismiss, he shall file with the court and serve on Respondent an opposition or statement of non-opposition within **thirty days** of receipt of the motion, and Respondent shall file with the court and serve on Petitioner a reply within **fifteen days** of receipt of any opposition.

IT IS SO ORDERED.

Dated: 4/17/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

[XXXXXX Order]